Robert Avery, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Motion granted. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

August Bonhoff, Appellant, v. Henry C. Fischer, Respondent, Impleaded with William Kennedy, Defendant.— Motions denied. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

James B. Fisher, Respondent, v. Ernestus Gulick, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Henrietta Gabelman, Respondent, v. Peter Dressler, Appellant.— Motion granted. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Bernard Graef, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Motion granted. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of the City of New York to Acquire Certain Real Estate at Massapequa, in the Towns of Hempstead and Oyster Bay, in the County of Nassau, for Purposes of Water Supply.— Motion granted. The order will be resettled by adding thereto the words " upon the evidence already adduced before them and such further evidence as may be received in respect to the land of the respondent." Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Webster F. Williams for Admission to the Bar.— Application granted. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Bella Olshan, Respondent, v. Samuel Olshan, Appellant.— Motion for stay granted upon condition that the defendant pay to the plaintiff within ten days all arrears of alimony; otherwise motion denied, with ten dollars costs. The order may also provide for weekly payments to plaintiff of ten dollars until the determination of this appeal. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Pacific Coast Borax Company, Respondent, v. Vechten Waring, Appellant.— Motion granted. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

The People of the State of New York, Respondent, v. Henry Hemleb, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

The People of the State of New York, Respondent, v. Harry Samwick, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Samuel Schuff and Others, Respondents, v. Isidor Renner and Jacob Renner, Appellants.— Motion withdrawn by stipulation.

Jacob Sommer, Respondent, v. Robert H. E. Elliott, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Nettie Stern, Appellant, v. Millard Marcuse and Minnie Marcuse, Appellants, Impleaded with August J. Kimmerle, Respondent, and Mary Kimmerle, Defendant.— Motion granted, without costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Vincenzo Trotto, Respondent, v. Bellew & Merritt Company, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.